ANTHONY J. MEAGHER, Respondent, *v.* GEORGE W. T. LORD et al., Appellants.

(Submitted January 27, 1888; decided February 10, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 15, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*James M. Townsend, Jr.,* for appellants.

*McGuire & Kuhn* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.